No. 94–9206. AZIZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 94–9209. MELONCON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–9210. ANTONELLI *v.* GETTY. C. A. 8th Cir. Certiorari denied.

No. 94–9216. HAMMOUDE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 94–9218. GILBERT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–9222. SMITH *v.* DRUG ENFORCEMENT AGENCY ET AL. C. A. 11th Cir. Certiorari denied. 

No. 94–9223. MARTIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–9225. GALLEGO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–9238. REED *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 94–7810. A. ST. P. C. *v.* B. C. Sup. Ct. La. Motion of American Coalition for Abuse Awareness et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 94–1580. COSSETT ET AL. *v.* CLINTON ET AL., 514 U. S. 1097;

No. 94–8045. IN RE SOLIMINE, 514 U. S. 1062;

No. 94–8261. COLEMAN *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 514 U. S. 1072;

No. 94–8702. TSCHUOR *v.* UNITED STATES, 514 U. S. 1092; and

No. 94–8726. IN RE VISINTINE, 514 U. S. 1081. Petitions for rehearing denied.

No. 94–5856. JACOBS *v.* MISSOURI, 513 U. S. 969; and

No. 94–7402. GONZALEZ *v.* OCEAN COUNTY BOARD OF SOCIAL SERVICES ET AL., 513 U. S. 1170. Motions for leave to file petitions for rehearing denied.

JUNE 12, 1995

No. 94–1518. DOCTOR'S ASSOCIATES, INC., ET AL. *v.* CASAROTTO ET UX. Sup. Ct. Mont. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Allied-Bruce Terminix Cos.* v. *Dobson,* 513 U. S. 265 (1995).

No. — — —. SWISHER *v.* TEXAS WORKERS' COMPENSATION COMMISSION ET AL.;

No. — – —. MARIAN *v.* SCOTT ET AL.; and

No. — – —. ARNETTE *v.* ALLSTATE INSURANCE CO. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. D–1530. IN RE DISBARMENT OF WINDHEIM. Disbarment entered. [For earlier order herein, see 514 U. S. 1060.]

No. D–1533. IN RE DISBARMENT OF SHREVE. Disbarment entered. [For earlier order herein, see 514 U. S. 1060.]

No. D–1555. IN RE DISBARMENT OF FEIT. It is ordered that Michael A. Feit, of Albany, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1556. IN RE DISBARMENT OF WARTER. It is ordered that J. Christopher Warter, of South Bend, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1557. IN RE DISBARMENT OF HILGENDORF. It is ordered that George M. Hilgendorf, of Fort Collins, Colo., be suspended from the practice of law in this Court and that a rule